UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-12083-HDV-SSCx | Date | 08/31/26 |
| Title | *Telcoin, LLC v. Does 1-20, et al* | | |

| | |
|---|---|
| Present: The Honorable | Hernán D. Vera, United States District Judge |

| | |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff is ordered to show cause, in writing, no later than **September 8, 2026, w**hy this action should not be dismissed for lack of prosecution. The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause.

___ Proof of service of summons and complaint.

___ Response to Complaint by the defendant or an application for entry of default pursuant to Federal Rules of Civil Procedure 55(a).

_X__ Application for entry of default judgment as to the following Defendants pursuant to Federal Rules of Civil Procedure 55(b):
Cryptocurrency Wallet with Address 0x35d2775e5f95596509951b140d68fc5b9185ff98
Cryptocurrency Wallet with Address 0xaa2fda50ca3731970d363d750adf676f6783490c
Cryptocurrency Wallet 0x35d2775e5F95596509951B140D68FC5B9185FF98

No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 715. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

**IT IS SO ORDERED.**